# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081 |
| Hilton L. Menchan and Valerie L. Menchan, | CV-25-00077-PHX-DGC |
| Plaintiffs, | |
| v. | **ORDER RE: DISMISSAL** |
| Becton Dickinson and Company, et al., | |
| Defendants. | |

Pending before the Court is Plaintiffs' Motion to Dismiss Pursuant to F.R.C.P. 41(a)(2).  Doc. 3530, MDL No. 3081.

**IT IS ORDERED** that the above-entitled action is dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 19th day of May, 2025.

*David G. Campbell*
David G. Campbell
Senior United States District Judge

1